UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In the Matter of: | § | |
| | § | |
| La'Sharra Valisha McClain | § | Case No. 15-03419 |
| | § | |
| | § | |
| | § | Chapter 13 |
| Debtor. | § | |
| | § | |

## CONSENT ORDER ON DEBTOR'S
## DEBTOR'S NOTICE OF OBJECTION TO CLAIM NO. 8

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED.**

1. Claim no. 8 filed by Quantum3 Group, LLC as agent for Comenity Bank shall be allowed as filed based upon the additional information provided by Quantum3 Group, LLC to the Debtor.

2. Quantum3 Group, LLC shall pay attorneys' fees of $750.00 to Lee O'Steen, counsel for Debtor, to compensate him for filing the objection.

3. The parties agree that Quantum3 Group, LLC shall make a contribution in the amount of $500.00 to the CARE program in South Carolina to encourage financial literacy.

4. The parties stipulate that Quantum3 Group, LLC has acted in good faith to respond to the issues raised by the Debtor in the Objection.

###

AGREED:

BARRON & NEWBURGER, P.C.                    O'STEEN LAW FIRM, LLC

By: /s/ Stephen W. Sather                   By: /s/ F. Lee O'Steen
Stephen W. Sather                           F. Lee O'Steen, Federal Bar No. 8032
Barron & Newburger, P.C.                    P.O. Box 36534
7320 N. MoPac Expwy., Suite 400             Rock Hill, SC 29732
Austin, TX 78731                            Tel: (803) 327-5300
Tel: (512) 476-9103                         Email: Lee@osteenlawfirm.com
Email: ssather@bn-lawyers.com               Attorney for the Debtor
Attorneys for Quantum3 Group, LLC

BERNSTEIN & BERNSTEIN, P.A.

By:   /s/Robert A. Bernstein
Robert A. Bernstein, Federal Bar No. 1311
5418 B Rivers Ave.
North Charlston, S.C. 29406
Tele: (843) 529-1111
Fax:  (843) 529-0035
Email: rbernstein@bernsteinpa.com
Local Counsel for Quantum3 Group, LLC

**FILED BY THE COURT**
**07/06/2017**



Entered: 07/06/2017

US Bankruptcy Judge
District of South Carolina